## No. 226.—The State of Louisiana *v.* Romeo Axiom.

*The objection by the accused that he was not served with a correct jury list comes too late, if not made until after verdict.*
*A clerical error in the minutes of the court by which the name of a grand juror has been 'ncorrectly spelled may be corrected nunc protenc, so as to correspond with the names on the venire. Such discrepancy, if corrected, is not good ground for a new trial. 2 An. 745; An. 94; 10 An. 198.*

APPEAL from the Thirteenth Judicial District Court, parish of Madison. *Hough,* J. *W. W. Farmer,* District Attorney Fourteenth Judicial District, for the State. *J. C. Seale,* for defendant and appellant.

Howe, J. The defendant having been convicted of manslaughter and sentenced accordingly has appealed and presents two points:

*First*—That he was not served with a correct jury list. This point, made for the first time after verdict, came too late. State *v.* Vester, lately decided; 23 An. —; State *v.* Clark, 23 An. 194.

*Second*—That Moses Brockett who appeared by the clerk's minutes, at the time the motion for a new trial was made, to have been impanneled as a grand juror, was not on the *venire* of jurors, was not a registered voter of the parish, and was not a competent juror. It might have been added, probably with equal truth, that there was no such person in being. For it plainly appears that the name Brockett in the minutes was a clerical error for Crockett; that Moses Crockett was on the *venire*, was impanneled on the grand jury, and was a competent juror; and that this error was duly corrected, so that the minutes now show the true fact and not the fiction behind which the appellant seeks to take shelter. This correction of the minutes was, properly made. 2 An. 745; 9 An. 94; 10 An. 193

Judgment affirmed.